# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN DARNELL BRYANT,<br><br>    Plaintiff,<br><br> v.<br><br>A. SELLS, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:10-cv-00600-SKO PC<br><br>ORDER GRANTING MOTION AND DISMISSING ACTION<br><br>(Doc. 7) |

  Plaintiff Kevin Darnell Bryant ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On November 12, 2010, Plaintiff filed a motion requesting dismissal of this action. Under Federal Rule of Civil Procedure 41(a)(1)(A), a plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

  Accordingly, it is HEREBY ORDERED that this action is dismissed, without prejudice, pursuant to Plaintiff's notice of voluntary dismissal.

IT IS SO ORDERED.

**Dated: November 16, 2010**       /s/ Sheila K. Oberto
                       UNITED STATES MAGISTRATE JUDGE