# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN DARNELL BRYANT, | CASE NO. 1:10-cv-00600-SKO PC |
|            Plaintiff, | ORDER DISREGARDING MOTION AS MOOT |
|   v. | (Doc. 9) |
| A. SELLS, et al., | |
|            Defendants. | |
| _____/ | |

Plaintiff Kevin Darnell Bryant, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on April 7, 2010.  On March 31, 2011, Plaintiff filed a notice of voluntary dismissal.

This action was dismissed on November 12, 2010, pursuant to Plaintiff's first notice of voluntary dismissal.  Therefore, Plaintiff's notice filed March 31, 2011, is HEREBY DISREGARDED as moot.


IT IS SO ORDERED.

**Dated:**   **April 6, 2011**                **/s/ Sheila K. Oberto**
                                  UNITED STATES MAGISTRATE JUDGE